PER CURIAM.
Affirmed on the authority of G.F.C. Corporation v. Spradlin, Fla. 1949, 38 So.2d 679, without prejudice to appellant to demand payment out of any excess proceeds of sale of the automobile by appellee. See Intertype Corporation v. Pulver, 101 Fla. 1176, 1180, 132 So. 830, 135 So. 793; Id., D.C.S.D. Fla.1932, 2 F.Supp. 4; Id., 5 Cir., 1933, 65 F.2d 419; Colonial Finance, Inc. v. All Miami Ford, Inc., Fla.App.1959, 112 So.2d 857.
HORTON, C. J., and PEARSON and CARROLL, CHAS., JJ., concur.